**[J-85A&B-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| CHARLOTTE VINCIGUERRA, EXECUTRIX OF THE ESTATE OF FRANK VINCIGUERRA, DECEASED AND CHARLOTTE VINCIGUERRA, WIDOW IN HER OWN RIGHT<br><br>v.<br><br>BAYER CROPSCIENCE INC., AS SUCCESSOR TO AMCHEM PRODUCTS, INC., F/K/A BENJAMIN FOSTER COMPANY, BELL & GOSSETT, BRAND INSULATIONS, INC., CERTAIN-TEED CORP., CLEAVER-BROOKS, A DIVISION OF AQUA-CHEM, INC., CRANE CO., DAVID MOSER, DFT, INC., DURABLA CANADA, LTD., E.I. DUPONT DENEMOURS & COMPANY, FOSTER WHEELER CORPORATION, GEORGIA-PACIFIC CORP., GOODYEAR CANADA, INC., THE GOODYEAR TIRE & RUBBER CO., GOULDS PUMPS, INC., GREENE, TWEED & COMPANY, INC., GRINNELL CORPORATION, HAJOCA CORPORATION, HERMAN GOLDNER CO., INC., HONEYWELL INC., INGERSOLL RAND COMPANY, JOHN CRANE, INC., KEELER/DORR-OLIVER BOILER CO., MARLEY COOLING TOWER, METROPOLITAN LIFE INSURANCE CO., OWENS-ILLINOIS INC., PECORA CORP., RILEY STOKER CORP., SEPCO CORPORATION, INC., SID HARVEY INDUSTRIES, INC., F/K/A SID HARVEY MID ATLANTIC INC., UNION CARBIDE CORP., WARREN PUMPS, LLC, WEIL MCLAIN, A DIVISION OF THE MARLEY CO., A WHOLLY | No. 4 EAP 2016<br><br>Appeal from the Judgment of Superior Court entered on 4/17/15 at 2388 EDA 2013 (reargument denied 6/18/15) affirming the judgment entered on 8/6/13 in the Court of Common Pleas, Philadelphia County, Civil Division at No. 2682 Sept. Term 2010<br><br>ARGUED: September 13, 2016 |

OWNED SUBSIDIARY OF UNITED : 
DOMINION INDUSTRIES, INC., YARWAY: 
CORPORATION, AVOCET : 
ENTERPRISES, INC., F/K/A : 
VENTFABRICS, INC., DAP PRODUCTS, : 
INC., DURO DYNE CORP., AND : 
TREMCO INC. : 
                                       : 
APPEAL OF: CRANE CO. : 
                                       : 

THOMAS AMATO AND JEAN AMATO, : No. 5 EAP 2016
HIS WIFE :
: Appeal from the Judgment of the Superior
        v. : Court entered on 4/17/15 at No. 2344 EDA
: 2013, (reargument denied 6/18/15)
BELL & GOSSETT, CLARK-RELIANCE : affirming the order entered on 7/18/13 in
CORP., COPES-VULCAN, INC., CRANE : the Court of Common Pleas, Civil Division,
CO., DEZURIK/COPES-VULCAN, : Philadelphia County at No. 3373 August
ELECTROLUX HOME PRODUCTS, INC.,: Term 2011
GOODYEAR CANADA, INC., GREENE, :
TWEED & COMPANY, INDUSTRIAL : ARGUED: September 13, 2016
HOLDINGS CORP. F/K/A :
CARBORUNDUM COMPANY, INC.,J.A. :
SEXAUER, INC., JOHN CRANE, INC., :
LINCOLN ELECTRIC CO., NIBCO, INC, :
PARKER-HANNIFIN CORP., SAINT- :
GOBAIN ABRASIVES, INC., SEPCO :
CORP., SPX CORP., VELAN :
VALVECORP., WILLIAM POWELL :
COMPANY, INGERSOLL RAND :
COMPANY, TRANE US, INC., :
INDIVIDUALLY AND F/K/A AMERICAN :
STANDARD, INC., SUCCESSOR TO THE:
TRANE CO., AMERICAN RADIATOR & :
STANDARDSANITARY CORP., :
KEWANEE BOILER, CO., AND/OR :
KEWANEE BOILER DIV. OF AMERICAN :
STANDARD, UNION CARBIDE CORP. :
AND WARREN PUMPS, LLC :
:
APPEAL OF: CRANE CO. :

## *ORDER*

**PER CURIAM**                                    **DECIDED:  November 22, 2016**

The appeals are DISMISSED as having been improvidently granted.